IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
MDL875
LIABILITY LITIGATION (NO. VI)

THIS DOCUMENT RELATES TO:
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALSTON, JR., ELEMUEL DEC'D | Civil Action No. H84-0682 |
| ARMSTRONG, HAROLD DEC'D | Civil Action No. H82-1051 |
| CORAZZELLI, MICHELE DEC'D | Civil Action No. H82-937 |
| CYR, LEVITE, DEC'D | Civil Action No. H81-663 |
| FONTAINE, RAYMOND J, DEC'D | Civil Action No. H80-277 |
| GAYLE, GLENN DEC'D | Civil Action No. H90-617 |
| GILBERT, EDMOND DEC'D | Civil Action No. H85-0192 |
| GUTOSKI, DONALD DEC'D | Civil Action No. CML#1, MDL 875 |
| GUZMAN, REYES DEC'D | Civil Action No. H89-145 |
| JENNER, CHARLES DEC'D | Civil Action No. H80-212 |
| KORINECK, SR., EDMUND DEC'D | Civil Action No. H81-320 |
| LUSK, JAMES DEC'D | Civil Action No. H88-665 |
| MAINVILLE, WILFRED DEC'D | Civil Action No. H85-1283 |
| SAVAGE, ROBERT DEC'D | Civil Action No. H85-997 |
| SOUZA, ARTHUR DEC'D | Civil Action No. H86-1229 |
| ST. PIERRE, JOSPEH DEC'D | Civil Action No. H82-3 |

## MOTION AND ORDER FOR DISMISSAL

Plaintiffs hereby submit to the Court, in accordance with the Court's Administrative Order No. 12, that the Plaintiffs moves to dismiss their cases in their entirety against all parties with prejudice.

SUBMITTED BY:

_[signature]_ 8/11/07
Melissa M. Olson, Esq.
ct18813
Embry & Neusner
P.O. Box 1409
Groton, CT 06340
(860) 449-0341

SO ORDERED:

_[signature]_
Judge
James T. Giles
8/23/2007

## CERTIFICATE OF SERVICE

I hereby certified that the following defendants of record were served U.S.P.S., postage pre-paid, on this  1st  day of August 2007:

Thomas Maxwell, Esq.
Pullman & Comley
850 Main Street
Bridgeport, CT  06601
*Attorney for Westinghouse*

Peter Rubin, Esq.
Bernstein, Shur, et al.
100 Middle Street
Portland, ME  04104
*Attorney for Owens-Illinois*

Mr. Bruce Lassman
Clerk-MDL Docket
U.S.D.C. Eastern District of PA
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA  19106

_____
Melissa M. Olson, Esq.